UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF CONTENT STORED AT PREMISES CONTROLLED BY GOOGLE AND AS FURTHER DESCRIBED IN ATTACHMENT A | Case No. 16-mc-80263-LB<br><br>**UNSEALING ORDER** |

The court unseals the case (as reflected in the docket entry at ECF No. 28).[1] The court also unseals the entire docket sheet, but all filings attached to the docket sheet must remain sealed (except as specified in this order) pending further order of the court. This will result in a publicly accessible docket sheet. The parties also may file via ECF going forward, and they also will receive electronic notice of all filings instead of mailed or emailed copies.

The parties must comply with the sealing requirements in Civil Local Rule 79-5 for all future filings. As discussed at the hearing on February 21, 2017, the parties must file public-record copies of their current filings. Within seven days, absent stipulation of the parties or further order of the court, they must confer and then either specify the documents that the court may unseal or submit public-record copies of existing filings and otherwise comply with Rule 79-5. They may

---

[1] Record citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

UNSEALING ORDER — No. 16-mc-80263-LB

redact information that truly implicates the ongoing investigation, but generally, the case must proceed publicly.

The court's own case-management orders also must be filed publicly. They are at ECF Nos. 2, 7, 13, 22, 25, 27 and 29. The only matter that might be sealed is the one word in the caption that follows the words "Content Related To." Within seven days, the parties must specify either that they do not object to the current versions, and the court will then unlock the docket entries, or they must file public-record versions of the orders with that small redaction.

**IT IS SO ORDERED.**

Dated: February 26, 2017

LAUREL BEELER
United States Magistrate Judge