Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Tel.: (650) 838-4300
Fax: (650) 838-4350

Todd M. Hinnen, *pro hac vice*
THinnen@perkinscoie.com
John R. Tyler, *pro hac vice*
RTyler@perkinscoie.com
PERKINS COIE LLP
1201 Third Ave. Suite 4900
Seattle, WA 98101
Tel.: (206) 359-8000
Fax: (206) 359-9000

Attorneys for Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of the Search of Content Stored at Premises Controlled by Google Inc. and Further Described in Attachment A | Case No. 3:16-mc-80263<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S  NOTICE OF MOTION AND MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE**<br><br>**[CIVIL LOCAL RULES 7-2, 72-3]** |

1    The Court, having considered Google Inc.'s Motion for De Novo Determination of
2  Dispositive Matter Referred to Magistrate Judge as well as Google's Motion to Quash or Amend
3  Search Warrant, the papers filed in support of and in opposition to the motions, and being fully
4  advised of the premises, now hereby, ORDERS that Google's Motion for De Novo Determination
5  of Dispositive Matter Referred to Magistrate Judge is GRANTED.
6    The Court further ORDERS that Google's Motion to Quash or Amend Search Warrant is
7  hereby GRANTED.  The Warrant is quashed to the extent it seeks records stored in locations
8  outside of the United States.  *See Matter of Warrant to Search a Certain E-Mail Account*
9  *Controlled & Maintained by Microsoft Corp.*, 829 F.3d 197, 222 (2d Cir. 2016)
10 ("*Microsoft*").  As explained in *Microsoft*, 18 U.S.C. § 2703(a) has no extraterritorial application,
11 and warrants issued pursuant thereto cannot seek information that is not stored within the United
12 States.
13    IT IS SO ORDERED.

Hon.
United States District Court Judge