# EXHIBIT A

BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
MERRY JEAN CHAN (CABN 229254)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6959
   Fax: (415) 436-7234
   William.Frentzen@usdoj.gov; merry.chan@usdoj.gov

ANDREW S. PAK (NYBN 4463436)
CATHERINE ALDEN PELKER (MD)
Trial Attorneys

   Department of Justice
   Computer Crime & Intellectual Property Section
   1301 New York Avenue, N.W., Suite 600
   Washington, D.C. 20005
   Andrew.Pak@usdoj.gov; Catherine.Pelker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF CONTENT STORED AT PREMISES CONTROLLED BY GOOGLE, INC., AND FURTHER DESCRIBED IN ATTACHMENT A | Case No. CR 16-mc-80263 LB/RS<br><br>DECLARATION OF HSI SPECIAL AGENT MICHAEL DELANEY IN SUPPORT OF UNITED STATES' RESPONSE TO GOOGLE |

I, Michael Delaney, hereby swear and affirm under penalty of perjury as follows:

1. I am a Special Agent with Homeland Security Investigations (hereinafter "HSI"), U.S. Department of Homeland Security.

2. In my capacity as a Special Agent, I am assigned to the instant investigation that involves investigation of significant criminal conduct.

3. In connection with the litigation regarding the scope of the search warrant to Google, I previously provided a Declaration regarding my review of Google's productions through November of 2016.

4. In connection with Google's letter of production in September of 2016, Google stated that it conducted a "diligent search" to "identify responsive records stored on Google's U.S. servers. In essence, Google certified it produced all Gmail, Drive, YouTube, and Calendar content stored in the U.S., and only that content it did not produce was stored outside the U.S."

5. Despite Google's claims in its letter, on May 3, 2017, Google sent a letter and an additional production of data pursuant to the search warrant I served on July 6, 2016.

6. According to Google's May letter, the production in May of 2017 consisted of data that was determined to be located in the United States.  Therefore, the data was not produced in response to the Order issued by Magistrate Judge Beeler on April 24, 2017.  It was data that Google should have produced in response to the original search warrant, even given Google's view of the reach of a search warrant under the Stored Communications Act.

7. According to an email sent by counsel for Google in May of 2017, the delay in the latest production was due to Google's retooling to determine the location of data.

8. I have conducted a preliminary review of the data produced by Google in conjunction with my fellow investigators – other federal agents.  I make this Declaration in partial reliance on information from those other investigators.

9. The May 2017 production is approximately 28 GB of data.  That production is approximately ten times larger than the previous productions by Google.  There is appreciably more data in the May production than in the prior productions.  The May production includes attachments that Google did not previously provide.  It includes other types of data that Google did not previously

provide. It includes entire accounts that Google did not previously provide, and that Google expressly stated were entirely stored outside of the United States.

10. We continue to analyze the production in May of 2017, but it is already clear to me and to my colleagues that the latest production includes data that is very material to the government's investigation. The delay in the production of this data has undoubtedly delayed and impaired the progress of the government's investigation. I could provide additional detail regarding the nature of the additional data and the manner by which it has delayed and impeded the investigation in a sealed and in camera setting.

11. In Google's letter of May 2017, Google indicated that it would produce additional data within the next month. That production is still outstanding.

So sworn, this __19TH__ day of May, 2017.

_____
Special Agent Michael Delaney
Homeland Security Investigations

DECLARATION OF SA DELANEY

2