UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In the Matter of the Search of Content Stored at Premises Controlled by Google Inc. and as Further Described in Attachment A* | Case No. 16-mc-80263-RS<br><br>**ORDER REGARDING GOOGLE'S OPPOSITION TO RELATED CASE DECISION AND ADMINISTRATIVE MOTION TO UNSEAL** |

On May 17, 2017, the government filed, under seal, a Notice of Potentially Related Case, identifying a potential relationship between this case and Case No. 16-cr-227. The two cases were subsequently related. Google Inc. ("Google") has now filed a Statement in Opposition to the Notice of Potentially Related Case, as well as an administrative motion to unseal the government's notice and its own opposition statement.

Although Google's opposition statement is timely filed under the local rules, it is construed as a motion for reconsideration in light of the fact that an order relating the cases has already issued. Under Criminal Local Rule 8-1(b), any pending criminal action is related to another action when: (1) both actions concern one or more of the same defendants and the same alleged events, occurrences, transactions or property; or (2) both actions appear likely to entail substantial duplication of labor if heard by different judges or might create conflicts and unnecessary expenses if conducted before different judges. In its opposition, Google argues that the two actions here concern different parties, facts and legal issues, and thus concludes that assignment to a single judge will not conserve judicial resources. Judicial efficiency, however, may still be promoted even where cases involve different parties and legal issues. Indeed, Local Rule 8-1(b) has two separate prongs; either prong alone is sufficient to support a related case determination.

The undersigned judge found, in his discretion, that assignment of these two cases to a single judge would conserve judicial resources and promote efficiency. Google's arguments do not disturb that finding. Accordingly, the cases will remain related. Of course, these cases are only related and not consolidated; they are simply being heard by the same judicial officer. Any pending motions should be re-noticed for hearing before the undersigned judge.

As to Google's request for unsealing, the government failed to oppose the motion within four days, as provided by Local Rule 7-11. The government is ordered to respond to the request by June 7, 2017 and explain whether its notice and Google's opposition can be unsealed and/or filed in redacted form. Pending further submission and argument on this issue, Google's opposition will be preliminarily sealed.

**IT IS SO ORDERED.**

Dated: 5/30/17

RICHARD SEEBORG
United States District Judge