UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*In the Matter of the Search of Content Stored at Premises Controlled by Google Inc. and as Further Described in Attachment A*

Case No. 16-mc-80263-RS

**ORDER DENYING  ADMINISTRATIVE MOTION TO UNSEAL**

Google Inc. ("Google") moves to unseal the government's Notice of Related Case and its opposition to that notice.  Google seeks access to the sealed information so that it may supplement its opposition to the May 17, 2017 order relating this case to a pending criminal case.  For the reasons stated in the May 30, 2017 Order Regarding Google's Opposition to the Related Case Decision, the information filed under seal in the government's notice is not material to the case relation inquiry and, in any event, the court has made its final decision on that matter.  Moreover, the government has established good cause for sealing the documents at issue.  It represents that public exposure would place its ongoing criminal investigation at serious risk.  It notes that the secrecy of a governmental investigation is important for the government's ability to apprehend individuals charged with crimes, to protect potential witnesses from obstruction, and to protect the constitutional rights of individuals under investigation.  It explains, for example, that disclosure of a criminal case number can provide insight into the existence and timing of an investigation.  For the aforementioned reasons, Google's motion to unseal is denied.

**IT IS SO ORDERED**.

Dated:  June 28, 2017

_____
RICHARD SEEBORG
United States District Judge