UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**In the Matter of the Search of Content Stored at Premises Controlled by Google Inc. and Further Described in Attachment A**

Case No. 3-16-80263-RS

**[Proposed] Order**

IT IS HEREBY ORDERED that Google's Administrative Motion for a Civil Contempt Order is GRANTED.

IT IS FURTHER ORDERED that:

1. Google Inc. ("Google") is found in civil contempt of the Court's August 14, 2017 order.
2. Google is assessed sanctions of $10,000 per day, payable to the United States, until it complies with the Court's order.
3. These civil contempt sanctions against Google are stayed pending appeal of the Court's August 14, 2017 order. The sanctions shall not accrue during the pendency of the appeal, and shall only begin accruing seven business days after the filing of an opinion or memorandum decision affirming this Court's order, if Google has already exhausted its appellate options and does not fully comply with this Court's order.
4. During the pendency of the appeal and any related proceedings, Google shall preserve the information in its possession that is called for by the search warrant in this matter.

**SO ORDERED.**

Date: ______________, 2017

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE