UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

OCT 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  IN THE MATTER OF THE SEARCH OF CONTENT STORED AT PREMISES CONTROLLED BY GOOGLE INC. AND AS FURTHER DESCRIBED IN ATTACHEMENT A. | No.    17-17393 |
| GOOGLE LLC, FKA Google, Inc., Non-Party; Movant, | D.C. No. 3:16-mc-80263-RS Northern District of California, San Francisco |
|   Appellant, | ORDER |
|   v. | |
| UNITED STATES OF AMERICA, Miscellaneous party, | |
|   Appellee. | |

Before:  O'SCANNLAIN, BERZON, and IKUTA, Circuit Judges.

We have received appellant's September 7, 2018 status report seeking leave

to "lift the stay entered under the August 9, 2018 Order, withdraw Google's July 3,

2018 Motion to Vacate, remand the case to the district court for further

proceedings, and dismiss this appeal."  Appellant's September 7, 2018 filing

further states that appellee has no objection to "Google's motions to withdraw and

dismiss."

The motion to withdraw (Docket Entry No. 24) the motion to vacate is

LAB/MOATT

granted.  The motion to vacate (Docket Entry No. 13) and the response thereto (Docket Entry No. 17) are withdrawn.  The Clerk shall strike the filings at Docket Entry Nos. 13 and 17.

Appellant's unopposed motion to remand (Docket Entry No. 24) is granted. We remand this matter to the district court for further proceedings.

All other pending motions are denied as moot.

**REMANDED.**